12 U.S. 84
 8 Cranch 84
 3 L.Ed. 495
 GRACIE
v.
THE MARY'D. INS. COMP'Y.
 Feb. Term, 1814
 
 1
 This case differs from that against the Marine Insurance
 
 Company of Baltimore* only in one particular. A part of the cargo
 
 2
 remained on board the ship until the arrival of the French troops
 
 
 3
 when the departure of the vessel was prohibited by the general and
 
 
 4
 the ransom made.
 
 
 5
 This circumstance does not, in the opinion of the Court, vary
 
 
 6
 the case; because, omitting all other considerations, the loss, within the risk, being on only a part of the cargo, is a partial loss, and is affected by the warranty against particular average loss.
 
 
 7
 This judgment is also to be affirmed with costs.
 
 
 
 *
 See 12 U.S. 75, 8 Cranch 75.